| No | IP | Port | Client | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 75.70.97.46 | 59222 | μTorrent 3.5.1 | 2017-12-31 17:02:59 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Aurora | Adams County |
| 2 | 73.95.135.85 | 24970 | μTorrent 4.7.2 | 2017-12-27 14:33:39 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Denver | Denver County |
| 3 | 73.243.101.48 | 55909 | [unknown Client] | 2017-12-27 14:11:18 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Denver | Denver County |
| 4 | 67.162.151.33 | 39324 | [unknown Client] | 2017-12-26 19:34:45 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Fort Collins | Larimer County |
| 5 | 73.95.135.52 | 40132 | [unknown Client] | 2017-12-26 17:08:33 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Denver | Denver County |
| 6 | 73.217.49.138 | 61111 | μTorrent 3.5.0 | 2017-12-24 22:31:08 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Colorado Springs | El Paso County |
| 7 | 73.203.95.111 | 56579 | DelugeTorrent 1.3.F | 2017-12-24 18:40:46 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Pueblo | Pueblo County |
| 8 | 67.164.164.85 | 61300 | [unknown Client] | 2017-12-24 02:32:36 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Erie | Boulder County |
| 9 | 76.25.130.72 | 16570 | [unknown Client] | 2017-12-21 06:07:46 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Commerce City | Denver County |
| 10 | 73.95.135.22 | 25230 | [unknown Client] | 2017-12-21 04:25:52 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Denver | Denver County |
| 11 | 71.196.239.190 | 60532 | [unknown Client] | 2017-12-19 06:49:43 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Fort Collins | Larimer County |
| 12 | 73.95.137.105 | 52510 | [unknown Client] | 2017-12-19 03:11:25 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Denver | Denver County |
| 13 | 73.34.203.109 | 58167 | DelugeTorrent 2.3.2 | 2017-12-17 20:44:25 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Parker | Douglas County |
| 14 | 75.71.254.235 | 61205 | μTorrent Mac 1.8.7 | 2017-12-17 18:16:31 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Denver | Denver County |
| 15 | 67.177.215.175 | 6881 | libtorrent 1.0.0 | 2017-12-17 06:41:42 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Denver | Denver County |
| 16 | 71.196.253.247 | 54991 | μTorrent 3.5.0 | 2017-12-16 06:45:12 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Aurora | Adams County |
| 17 | 71.56.196.176 | 59422 | μTorrent 3.5.0 | 2017-12-16 03:31:58 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Denver | Denver County |
| 18 | 73.243.55.236 | 62847 | DelugeTorrent 1.3.F | 2017-12-15 20:46:19 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Greeley | Weld County |
| 19 | 73.34.166.57 | 53741 | μTorrent 3.5.0 | 2017-12-15 12:15:37 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Aurora | Adams County |
| 20 | 71.56.209.228 | 12495 | μTorrent 3.5.0 | 2017-12-15 03:37:08 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Aurora | Adams County |
| 21 | 67.172.130.201 | 13748 | BitTorrent 7.9.6 | 2017-12-14 02:11:33 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Colorado Springs | El Paso County |
| 22 | 73.203.7.204 | 40807 | μTorrent 4.4.1 | 2017-12-12 21:20:59 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Denver | Denver County |
| 23 | 73.95.202.167 | 52018 | μTorrent 3.5.0 | 2017-12-12 17:03:01 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Aurora | Adams County |
| 24 | 67.162.156.65 | 29057 | BitTorrent 7.1.0 | 2017-12-10 19:12:01 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Pueblo | Pueblo County |
| 25 | 73.95.137.35 | 1048 | BitTorrent 7.1.0 | 2017-12-09 06:27:18 | The Hitman\'s Bodyguard (2017) [YTS.AG] | SHA1: 79C0CB48CD77946FC20AEA3B9F80DE605FD7A06C | Comcast Cable | Colorado | Denver | Denver County |