# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.18-cv-0062-WYD-MEH

BODYGUARD PRODUCTONS, INC.,

    Plaintiff,

vs.

JOHN DOE 1, ET. AL.

    Defendants.

## VOLUNTARY DISMISSAL OF CASE WITHOUT PREJUDICE

Now comes Bodyguard Productions, Inc, before the Court.

Plaintiff has determined it will dismiss this case against all the Doe Defendants without prejudice pursuant to F.R.C.P. 41(a)(1)(A)(i) as none of the Defendants have filed an Answer or Motion for Summary Judgment in this Matter.

Respectfully submitted this 9th day of April 2018.

    BROWN & KANNADY, LLC

    /s/ Scott T. Kannady

    Scott T. Kannady, No. 29995
    BROWN & KANNADY, LLC
    2000 South Colorado Blvd., Suite 2-440
    Denver, CO 80222
    Phone: (303) 757-3800
    Fax: (303) 757-3815
    E-mail: scott@brownlegal.com

    ATTORNEYS FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2018, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Michelle M. Dickey*
Michelle M. Dickey
Original Signature on File