IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   18-cv-00062-WYD-MEH

BODYGUARD PRODUCTIONS, INC.,
a Nevada Corporation.,

    Plaintiff,

v.

JOHN DOES 1-2, 5-15, 17, 19-24,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Dismissal of Case Without Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on April 9, 2018 (ECF No. 28), it is

ORDERED that case is **DISMISSED WITHOUT PREJUDICE**.

Dated:  April 12, 2018

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge